# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

CHRISTOPHER JOHN WEBB,              )
                                   )
      Petitioner,              )
                                   )
v.                                 )     No. CIV-24-1331-R
                                   )
JOE HARPER,                        )
                                   )
      Respondent.              )

## ORDER

Petitioner Christopher John Webb, a prisoner proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus regarding his prison sentence [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda Maxfield Green in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Judge Green issued a Report and Recommendation [Doc. No. 11] recommending dismissal of the case without prejudice for failure to either pay the filing fee or file an application to proceed *in forma pauperis*.

Judge Green informed Petitioner of his right to object to the Report and Recommendation, and advised that if he failed to object by March 5, 2025, his right to appellate review of the factual and legal questions contained therein would be waived. Doc. No. 11 at p. 4.

To date, neither an objection nor a request for extension of time to object to the Report and Recommendation has been filed. With no objection filed within the time prescribed, on *de novo* review, the Court ADOPTS the Report and Recommendation in its entirety. Accordingly, Petitioner's Petition is DISMISSED without prejudice.

1

The standard for issuance of a certificate of appealability is not met in this case and a certificate of appealability is therefore denied.

IT IS SO ORDERED this 20th day of March, 2025.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE